UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 23-176 |
| VERSUS | SECTION: "R" |
| DIMITRI FRAZIER (BOND) | VIOLATION: 18 USC § 371 |

## NOTICE OF RE-ARRAIGNMENT

AS ORDERED BY THE COURT the defendant Dimitri Frazier is hereby set for RE-ARRAIGNMENT on **WEDNESDAY, JANUARY 17, 2024, at 10:30 a.m.** before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, Courtroom C279, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: October 30, 2023

TO: Dimitri Frazier (BOND)

**COUNSEL FOR DEFENDANT:**
Stephen D. Hebert, CJA
Email: shebert@hebert-law.com

**If you change address, notify clerk of court by phone, 504-589-7683**

CAROL L. MICHEL, CLERK

by: Cherie Stouder, Case Manager

AUSA: Maria Carboni, T.A.
Email: maria.carboni@usdoj.gov

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

**JUDGE VANCE & MAGISTRATE**

**COURT REPORTER COORDINATOR
INTERPRETER: NO**

S/A Brandon Brown, FBI
neworleans@ic.fbi.gov