UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 23-176 |
| ANTOINE CLARK, ET AL. | SECTION "R" (4) |

## ORDER

Because of a conflict in the Court's calendar,

IT IS ORDERED that the REARRAIGNMENTS as to defendants Dimitri Frazier, Adonte Turner, and Tiffany Turner set for January 17, 2024, are hereby CONTINUED AND RESET to be held on **TUESDAY, JANUARY 9, 2024, at 10:30 a.m.**

New Orleans, Louisiana, this  12th  day of December, 2023.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**