MINUTE ENTRY
VANCE, J.
JANUARY 9, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 23-176 |
| DIMITRI FRAZIER (BOND)<br>TIFFANY TURNER (BOND) | SECTION: R |

CASE MANAGER:  CHERIE STOUDER
COURT REPORTER:  ALEXIS VICE
LAW CLERK:  CAMERON WALLACE

### REARRAIGNMENT

APPEARANCES: Dimitri Frazier, Defendant
Stephen D. Hebert, Counsel for Defendant, Dimitri Frazier
Tiffany Turner, Defendant
William Doyle, Counsel for Defendant, Tiffany Turner
Maria Carboni, Assistant U.S. Attorney

All present and ready.
Defendants sworn and questioned by the Court.
Defendants withdrew former plea of Not Guilty as to Count 1 of the Indictment and are prepared to enter a plea of guilty as to same.
Reading of the Indictment by the Court to the defendants waived.
Defendants enter a plea of Guilty.
Defendants are cautioned regarding possible prosecution for perjury or false statement if answers to the Court's questions are not truthful.
Defendants are informed of the maximum penalty.
Defendants are informed of the Sentencing Guidelines.
Defendant are informed of rights to trial by jury or the Court and waives same.
Plea agreement signed by all parties and filed into the record.
Factual basis signed by all parties and filed into the record.
The Court finds there is a factual basis for the plea of guilty in this matter and that the defendants are fully competent to enter their plea of guilty and is pleading guilty knowingly and voluntarily.

**The defendants are ADJUDGED GUILTY on their plea of Guilty.**
**PRETRIAL CONFERENCE AND TRIAL ARE HEREBY CANCELLED AS TO THESE DEFENDANTS.**
**Pre-Sentence Investigation ORDERED.**
**SENTENCING HEARING set for WEDNESDAY, APRIL 10, 2024, at 10:30 a.m.**
**Defendants are released on their present bond to return on the date set for sentencing.**
**Court adjourned.**

| JS-10: 00:32 |
|---|